**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Raul Garcia,<br><br>　　　　　　Defendant. | No. CR-08-01043-TUC-DLR<br><br>**DETENTION ORDER** |

On November 20, 2014, Defendant appeared before this Court on a petition for revocation of supervised release. A detention hearing was held. The Court considered the information provided to the Court, and the arguments of counsel in determining whether Defendant should be released on conditions set by the Court.

The Court finds that Defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a petition to revoke his supervised release, has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3143.

An Indictment was filed on November 5, 2014 in CR14-01458, which alleges felony offenses, including Transportation of Illegal Aliens for Profit. The defendant was detained on that case subsequent to a detention hearing held October 21, 2014. The defendant is a United States citizen with significant family ties to Mexico and has resided

in Mexico most of his life. The defendant has a significant criminal history of Importation of Cocaine and Possession with Intent to Distribute Cocaine for which he was sentenced and served 60 months at the Bureau of Prisons. He was on supervised release at the time the new Indictment was filed. Defendant owns no property in Arizona. Defendant has no financial resources.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 21st day of November, 2014.

_____
Honorable Eileen S. Willett
United States Magistrate Judge